# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 25, 2008

Charles R. Fulbruge III
Clerk

No. 07-60435
Summary Calendar

EMMANUEL OLABODE

Petitioner

v.

MICHAEL B MUKASEY, U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A95 323 217

Before GARWOOD, WIENER and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Emmanuel Olabode petitions this court for review of the Board of Immigration Appeals's decision denying his application for adjustment of status. He argues that the immigration judge erroneously applied the REAL ID Act of 2005, Pub. L. 109-13, 119 Stat. 302, in adjudicating his application and, additionally, that the immigration judge's adverse credibility determination violated his due process rights. Olabode, however, failed to exhaust his administrative remedies with regard to these claims. We are therefore without

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jurisdiction to review them, and his petition is dismissed.  8 U.S.C. § 1252(d)(1); Roy v. Ashcroft, 389 F.3d 132, 137 (5th Cir. 2004) ("Judicial review of a final order of removal is available only where the applicant has exhausted all administrative remedies of right.").  See Townsend v. INS, 799 F.2d 179, 181-82 (5th Cir. 1986) (conclusory statements do not suffice).

PETITION DISMISSED.